IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

    Plaintiffs,

vs.                           Case Number: 08-446-DRH

**OSTERHAGE CONTRACTING, INC**,
and **DEBRA E. OSTERHAGE, individually**,

    Defendants.

### DEFAULT JUDGMENT AND ORDER

The Court **GRANTS** plaintiff's Motion for Default Judgment, and IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from the defendants, **Osterhage Contracting, inc.**, and **Debra E. Osterhage**, individually, the sum of one thousand four hundred eleven dollars and sixty two cents ($1,411.62) for delinquent contributions known to be owed by defendants to plaintiff.

2. That plaintiffs recover from the defendants, **Osterhage Contracting, inc.**, and **Debra E. Osterhage**, individually, the sum of three hundred forty nine dollars and forty eight cents ($349.48) for liquidated damages.

3. That plaintiffs recover from defendants, **Osterhage Contracting, inc.**, and **Debra E. Osterhage**, individually, the costs of these proceedings to include the sum of one thousand five hundred ninety two dollars ($1,592.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

4. Judgment is hereby entered against the defendants, **Osterhage Contracting, inc.**, and **Debra E. Osterhage**, individually, in the amount of three

thousand three hundred seventy seven and ten cents ($3,377.10).

5.  That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

6.  That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.


DATED: November 19, 2008

/s/     David R Herndon
Chief Judge
United States District Court